UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:13-cv-80641-KAM

AJA DE LOS SANTOS, individually,
    Plaintiff,
v.

NCO FINANCIAL SYSTEMS, INC., a foreign corporation,
    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff AJA DE LOS SANTOS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby files this Stipulation for Dismissal Without Prejudice. A proposed order dismissing this action without prejudice with each side to bear its own costs and attorney's fees is attached hereto as Exhibit A.

Respectfully submitted this 28th day of October, 2013.

## STIPULATION

| | |
|---|---|
| BRET L. LUSSKIN, Esq. | Kenneth C. Grace, Esq. |
| *Attorney for Plaintiff* | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 20803 Biscayne Blvd, Ste 302 | 3350 Buschwood Park Drive, Suite 195 |
| Aventura, Florida 33180 | Tampa, FL 33618 |
| Telephone: (954) 454-5841 | Telephone: (813) 890-2465 |
| Facsimile: (954) 454-5844 | Facsimile: (866) 466-3140 |
| blusskin@lusskinlaw.com | kgrace@sessions-law.biz |
| | |
| By: /s/ Bret L. Lusskin, Esq. | By: /s/ Kenneth C. Grace, Esq. |
|     Bret L. Lusskin, Esq. |     Kenneth Grace, Esq. |
|     Florida Bar No. 28069 |     Florida Bar No.: 658464 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of October, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd, Ste 302
Aventura, Florida 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By:   /s/ Bret L. Lusskin, Esq.
       Bret L. Lusskin, Esq.
       Florida Bar No. 28069

2