UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80641-CIV-MARRA

AJA DE LOS SANTOS, individually,

    Plaintiff

vs.

NCO FINANCIAL SYSTEMS, INC., a
foreign corporation,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon the Parties' Stipulation for Dismissal Without Prejudice [DE 11], filed on October 28, 2013.  The Court has reviewed the record herein and is otherwise fully advised in the premises.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear its own fees and costs.  The Clerk of this Court shall **CLOSE** this case.  All pending motions are **DENIED AS MOOT** with each party to bear its own costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 29th day of October, 2013.

_____
KENNETH A. MARRA
United States District Judge